# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| **SHEWANDA HUBBARD,** | **CIVIL ACTION NO.** |
| **Plaintiff,** | **2:17-CV-08125-SSV-JVM** |
| **V.** | **JUDGE SARAH S. VANCE** |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |
| **Defendant.** | |

## DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD

Defendant, Liberty Life Assurance Company of Boston ("Defendant") files Defendant's Submission of Administrative Record pursuant to the Order entered by the Court on August 23, 2018 (Document 16).

1. Group Disability Income Policy (Liberty/Hubbard 001-047);

2. March 23, 2015, correspondence containing decision on appeal (Liberty/Hubbard 108-114);

3. The Administrative Record pertaining to LTD claim (Liberty/Hubbard 048-107 and 115-678); and

4. Additional Documents Produced by Defendant (Liberty/Hubbard 679-693).

Dated this 3rd day of October 2018.

Respectfully submitted,

 /s/ Iwana Rademaekers
Iwana Rademaekers (Texas State Bar No. 16452560)
rademaei@jacksonlewis.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And -

*/s/ René E. Thorne*
René E. Thorne (LA Bar No. 22875)
thorner@jacksonlewis.com
**JACKSON LEWIS P.C.**
650 Poydras Street, Suite 1900
New Orleans, Louisiana 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that the above and foregoing document was forwarded via electronic mail on the 3rd day of October 2018, to the following counsel of record:

Reagan L. Toledano
Email: rtoledano@willefordlaw.com

/s/ Iwana Rademaekers
Iwana Rademaekers